UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re Avaulta Pelvic Support Systems                  MDL Docket No. 2187
Products Liability Litigation

### PLAINTIFFS' NOTICE OF RELATED ACTION

COME NOW Plaintiffs in the actions identified in the Schedule of Actions attached

hereto and hereby give notice of a recently-filed civil action that involves common questions of

fact to those cases previously identified in Plaintiffs' pending motion to transfer pursuant to 28

U.S.C. § 1407.  In support of this motion, these Plaintiffs respectfully show the Panel as follows:

1.

The civil action styled <u>Brenda Sheets v. C.R. Bard, Inc. and Covidien, Inc. d/b/a</u>

<u>Sofradim Production</u>, Civil Action No. 1:10-cv-02312-RLV, which is also listed in the Schedule

of Actions filed contemporaneously herewith, has been filed in the United States District Court

for the Northern District of Georgia and such action is now pending in that court.

2.

The movants have filed a motion with the Panel seeking transfer pursuant to 28 U.S.C. §

1407 of thirty-six civil actions currently pending in four separate federal district courts.

3.

1

The Plaintiff in <u>Brenda Sheets v. C.R. Bard, Inc. and Covidien, Inc. d/b/a Sofradim Production</u>, Northern District of Georgia Civil Action No. 1:10-cv-02312-RLV, is represented by the undersigned counsel.  Said action contains allegations substantially similar to those of the actions that have been sought to be transferred and thus present the same common questions of fact regarding the products at issue.

4.

For the same reasons as expressed in the Plaintiffs' pending Motion to Transfer, the civil action of <u>Brenda Sheets v. C.R. Bard, Inc. and Covidien, Inc. d/b/a Sofradim Production</u>, Northern District of Georgia Civil Action No. 1:10-cv-02312-RLV, should likewise be transferred to the United States District Court for the Southern District of West Virginia, or in the alternative, to the United States District Court for the Northern District of Georgia.

WHEREFORE, Plaintiffs respectfully request that the Judicial Panel on Multidistrict Litigation enter an order transferring the above-identified civil action, as well as those actions previously identified in their pending motion, to the Southern District of West Virginia or in the alternative to the Northern District of Georgia for coordinated and/or consolidated pretrial proceedings.

Respectfully submitted,

By: _____
Henry G. Garrard, III

Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA  30603
(706) 354-4000
(706) 549-3545 (fax)

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re Avaulta Pelvic Support Systems                          MDL-2187
Products Liability Litigation

### SCHEDULE OF ACTIONS

| CASE CAPTIONS | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiffs:** Brenda Sheets | N.D. OF GEORGIA | 1:10-CV-02312-RLV | Robert L. Vining |
| **Defendant:** C. R. Bard, Inc. and Covidien, Inc. d/b/a Sofradim Production | | | |

This 12 day of August, 2010.

By: _____

Henry G. Garrard, III
Georgia Bar No. 286300

Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA  30603
hgg@bbgbalaw.com
(706) 354-4000
(706) 549-3545 (fax)
*Counsel for Plaintiffs in the following actions:*
*Adkins and Adkins v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00824;*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Clark and Clark v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-353-RCC;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Hatfield v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-527;*

- 1 -

*Holton and Holton v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00857;*
*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*
*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Martin and Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0625;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529;*
*Stroud and Stroud v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0484; and*
*Watson v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-1555.*
*Fabian and Fabian v. C. R. Bard, Inc., et al, N.D. W. Va. Case No. 5:10-CV-70;*
*Broussard and Broussard v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1021-RLV;*
*Chaplin and Chaplin v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-01876-RLV;*
*Cowan and Cowan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3339-RLV;*
*Dalman v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3646-RLV;*
*Dodd and Dodd v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3540;*
*Everly and Everly v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1094-RLV;*
*Ezell and Ezell v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3539-RLV;*
*Hirt and Hirt v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01924-RLV;*
*Huston and Huston v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3644-RLV;*
*McCallan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3542-RLV;*
*McNally and McNally v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3541-RLV;*
*McVay and McVay v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3544-RLV;*
*Pete and Pete v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3543-RLV;*
*Poltermann and Poltermann v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3642-RLV;*
*Riley v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3546-RLV;*
*Rizzo and Rizzo v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3645-RLV;*
*Santillan and Santillan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3545-RLV;*
*Spangler v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3643-RLV;*
*Tyson and Tyson v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01913-RLV; and*
*Padgett and Padgett v. C. R. Bard, Inc., et al, D. S.D. Case No. 09-5068-JLV.*
*Sheets v. Bard, et al, N.D. Ga. Case  No. 1:10-CV-02312-RLV*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re Avaulta Pelvic Support Systems
Products Liability Litigation

MDL-2187

## PROOF OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certifies that he has this day served all

parties to this action with a copy of the foregoing **Notice of Related Action and** this Certificate

of Service by electronic service and/or by U.S. Mail as follows:

Paul T. Farrell, Jr.
Lawrence J. Tweel
Greene, Ketchum, Bailey, Walker, Farrell & Tweel
419 Eleventh Street
Huntington, WV 25701
*Co-counsel for Plaintiffs in the following actions:*
*Adkins and Adkins v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00824;*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Clark and Clark v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-353-RCC;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Hatfield v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-527;*
*Holton and Holton v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00857;*
*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*
*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529; and*
*Everly and Everly v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1094-RLV.*

J. Robert Rogers
Attorney at Law
3972 Teays Valley Road
Hurricane, WV 25526
*Co-counsel for Plaintiffs in the following actions:*
*Adkins and Adkins v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00824;*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Clark and Clark v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-353-RCC;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Hatfield v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-527;*
*Holton and Holton v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00857;*

*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*
*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529; and*
*Everly and Everly v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1094-RLV.*

Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
Chaffin Luhana, LLP
The Chanin Building
122 E. 42nd Street
42nd Floor
New York, NY 10168
*Co-counsel for Plaintiffs in the following actions:*
*Watson v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-1555*
*Chaplin and Chaplin v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-01876-RLV;*
*Dalman v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3646-RLV;*
*Dodd and Dodd v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3540;*
*Ezell and Ezell v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3539-RLV;*
*McCallan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3542-RLV;*
*McNally and McNally v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3541-RLV;*
*Pete and Pete v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3543-RLV;*
*Poltermann and Poltermann v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3642-RLV;*
*Riley v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3546-RLV;*
*Rizzo and Rizzo v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3645-RLV;*
*Santillan and Santillan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3545-RLV; and*
*Tyson and Tyson v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01913-RLV.*

Michael G. Diedrich, Esq.
Bettmann Hogue & Diedrich
Attorneys at Law
1506 Mt. View Road
Suite 101
Rapid City, SD 57702
*Co-counsel for Plaintiffs in the following action:*
*Padgett and Padgett v. C. R. Bard, Inc., et al, D. S.D. Case No. 09-5068-JLV.*

Derek Marsteller
Marsteller Law Offices
622 7th Street
P.O. Box 1506
Huntington, WV 25701-1506
*Co-counsel for Plaintiffs in the following action:*
*Martin and Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0625*

4

Wray V. Voegelin
Cassidy, Myers, Cogan & Voegelin, L.C.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003-3582
*Co-counsel for Plaintiffs in the following action:*
*Fabian and Fabian v. C. R. Bard, Inc., et al, N.D. W. Va. Case No. 5:10-CV-70*

Lowell Finson
Phillips & Associates
Suite 2600
20 East Thomas Road
Phoenix, AZ 85012
*Co-counsel for Plaintiffs in the following actions:*
*Broussard and Broussard v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1021-RLV;*
*and*
*Hirt and Hirt v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01924-RLV.*

Brett J. Preston
C. Benjamin Salango
Preston & Salango, PLLC
213 Hale Street
P.O. Box 3084
Charleston, WV 25331
*Co-counsel for Plaintiffs in the following action:*
*Stroud and Stroud v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0484*

Scott Williamson
Stevens & Williamson
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
*Co-counsel for Plaintiffs in the following action:*
*McVay and McVay v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3544-RLV*

Michael D. Moeller
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613
*Co-counsel for Defendants C. R. Bard, Inc. and Covidien, Inc. d/b/a Sofradim Production in*
*the following actions:*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Cowan and Cowan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3339-RLV;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*

*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Martin and Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0625;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529;*
*Stroud and Stroud v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0484; and*
*Spangler v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3643-RLV.*

Melissa Foster Bird
Marc E. Williams
Nelson Mullins Riley & Scarborough
949 Third Avenue
Suite 200
Huntington, WV  25701
*Co-counsel for Defendants C. R. Bard, Inc. and Covidien, Inc. d/b/a Sofradim Production in the following actions:*
*Adkins and Adkins v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00824;*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Clark and Clark v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-353-RCC;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Hatfield v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-527;*
*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*
*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Martin and Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0625;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529;*
*Stroud and Stroud v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0484; and*
*Watson v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-1555.*

Richard North
Taylor Tapley Daly
Brandee J. Kowalzyk
Matthew B. Lerner
Nelson Mullins Riley & Scarborough
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
*Co-counsel for Defendants C. R. Bard, Inc. and Covidien, Inc. d/b/a Sofradim Production in the following actions:*
*Broussard and Broussard v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1021-RLV;*
*Chaplin and Chaplin v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-01876-RLV;*
*Cowan and Cowan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3339-RLV;*

*Dalman v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3646-RLV;*
*Dodd and Dodd v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3540;*
*Everly and Everly v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1094-RLV;*
*Ezell and Ezell v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3539-RLV;*
*Hirt and Hirt v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01924-RLV;*
*Huston and Huston v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3644-RLV;*
*McCallan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3542-RLV;*
*McNally and McNally v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3541-RLV;*
*McVay and McVay v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3544-RLV;*
*Pete and Pete v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3543-RLV;*
*Poltermann and Poltermann v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3642-RLV;*
*Riley v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3546-RLV;*
*Rizzo and Rizzo v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3645-RLV;*
*Santillan and Santillan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3545-RLV;*
*Spangler v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3643-RLV; and*
*Tyson and Tyson v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01913-RLV*

J. Crisman Palmer
Gunderson, Palmer, Nelson & Ashmore, LLP
440 Mt. Rushmore Road
P.O. Box 8045
Rapid City, SD 57709-8045
*Counsel for Defendant C. R. Bard, Inc. in the following actions:*
*Padgett and Padgett v. C. R. Bard, Inc., et al, D. S.D. Case No. 09-5068-JLV*

Don R. Sensabaugh, Jr
Amy L. Rothman, Esq.
Flaherty, Sensabaugh & Bonasso, PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
*Counsel for Defendant Mitchell Nutt, M.D. in the following actions:*
*Adkins and Adkins v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00824;*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Clark and Clark v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-353-RCC;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Hatfield v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-527;*
*Holton and Holton v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00857;*
*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*
*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Martin and Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0625;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529;*
*Stroud and Stroud v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0484; and*

*Watson v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-1555.*

C. R. Bard, Inc.
730 Central Avenue
Murray Hill, New Jersey 07974
Counsel is unknown for Defendant C. R. Bard, Inc. in the following actions:
*Fabian and Fabian v. C. R. Bard, Inc., et al, N.D. W. Va. Case No. 5:10-CV-70; and*
*Holton and Holton v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00857.*

Covidien Inc. d/b/a Sofradim Production
15 Hampshire Street
Mansfield, Massachusetts 02048
Counsel is unknown for Defendant Covidien Inc. d/b/a Sofradim Production in the following action:
*Fabian and Fabian v. C. R. Bard, Inc., et al, N.D. W. Va. Case No. 5:10-CV-70.*

This 12 day of August, 2010.

By: _____
Henry G. Garrard, III
Georgia Bar No. 286300

Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA  30603
hgg@bbgbalaw.com
(706) 354-4000
(706) 549-3545 (fax)
*Counsel for Plaintiffs in the following actions:*
*Adkins and Adkins v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00824;*
*Baumgardner v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0528;*
*Clark and Clark v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-353-RCC;*
*Deal and Deal v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-526;*
*Hatfield v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-527;*
*Holton and Holton v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:10-CV-00857;*
*Jones v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0766;*
*Lewis and Lewis v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0485;*
*Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0525;*
*Martin and Martin v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0625;*
*Perry and Perry v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0524;*
*Smith v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0893;*
*Stephens and Stephens v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-00529;*
*Stroud and Stroud v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-0484; and*
*Watson v. C. R. Bard, Inc., et al, S.D. W. Va. Case No. 3:09-CV-1555.*
*Fabian and Fabian v. C. R. Bard, Inc., et al, N.D. W. Va. Case No. 5:10-CV-70;*
*Broussard and Broussard v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1021-RLV;*
*Chaplin and Chaplin v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-01876-RLV;*

*Cowan and Cowan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3339-RLV;*
*Dalman v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3646-RLV;*
*Dodd and Dodd v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3540;*
*Everly and Everly v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-1094-RLV;*
*Ezell and Ezell v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3539-RLV;*
*Hirt and Hirt v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01924-RLV;*
*Huston and Huston v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3644-RLV;*
*McCallan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3542-RLV;*
*McNally and McNally v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3541-RLV;*
*McVay and McVay v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3544-RLV;*
*Pete and Pete v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3543-RLV;*
*Poltermann and Poltermann v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3642-RLV;*
*Riley v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3546-RLV;*
*Rizzo and Rizzo v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3645-RLV;*
*Santillan and Santillan v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3545-RLV;*
*Spangler v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:09-CV-3643-RLV;*
*Tyson and Tyson v. C. R. Bard, Inc., et al, N.D. Ga. Case No. 1:10-CV-01913-RLV; and*
*Padgett and Padgett v. C. R. Bard, Inc., et al, D. S.D. Case No. 09-5068-JLV.*
*Sheets v. Bard, et al, N.D. Ga. Case  No. 1:10-CV-02312-RLV*

4months

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

### U.S. District Court
### Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:10−cv−02312−RLV

Sheets v. C. R. Bard, Inc. et al
Assigned to: Judge Robert L. Vining, Jr
Cause: 28:1332 Diversity−Product Liability

Date Filed: 07/23/2010
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Brenda Sheets**

represented by **Adam Bryant Land**
Blasingame Burch Garrard &Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603−0832
706−354−4000
Email: abl@bbgbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Judson Hill , III**
Blasingame Burch Garrard Bryant
&Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603−0832
706−354−4000
Email: ajh@bbgbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary B. Blasingame**
Blasingame Burch Garrard Bryant
&Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603−0832
706−354−4000
Email: gbb@bbgbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry G. Garrard , III**
Blasingame Burch Garrard Bryant
&Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603−0832
706−354−4000
Email: hgg@bbgbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh B. Wages**
Blasingame Burch Garrard &Ashley
Suite 320
P.O. Box 832

440 College Avenue North
Athens, GA 30603−0832
706−354−4000
Email: jbw@bbgbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leanna Bankester Pittard**
Blasingame Burch Garrard &Ashley
Suite 320
P.O. Box 832
440 College Avenue North
Athens, GA 30603−0832
706−354−4000
Email: lbp@bbgbalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.**

**Defendant**

**Covidien Inc.**
*doing business as*
Sofradim Production

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/23/2010 | 1 | COMPLAINT with Jury Demand, filed by Brenda Sheets; and Summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. ( Filing fee $ 350.00 receipt number 113E0000000002816392.) (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 07/23/2010) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| BRENDA SHEETS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. _____ |
| C. R. BARD, INC. and | ) | |
| COVIDIEN INC. d/b/a SOFRADIM | ) | |
| PRODUCTION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **COMPLAINT**

COMES NOW Brenda Sheets as Plaintiff herein and hereby files her Complaint, showing the Court as follows:

### PARTIES, JURISDICTION AND VENUE

1.

Plaintiff is a citizen of the State of North Carolina.

2.

Defendant C. R. Bard, Inc. ("Bard") is a New Jersey corporation with its principal place of business at 730 Central Avenue, Murray Hill, New Jersey 07974. All acts and omissions of Bard as described herein were done by its agents, servants, employees and/or owners, acting in the course and scope of their respective agencies, services, employments and/or ownership.

3.

Defendant Covidien Inc. d/b/a Sofradim Production ("Covidien") is a Delaware corporation with its principal place of business at 15 Hampshire Street, Mansfield, Massachusetts 02048. All acts and omissions of Covidien as described herein were done by its agents, servants, employees and/or owners, acting in the course and scope of their respective agencies, services, employments and/or ownership.

4.

This civil action arises out of surgery performed by Dr. Robert Boyd at Frye Regional Medical Center in Hickory, North Carolina, during which a medical device designed, manufactured, marketed, packaged, labeled and sold by Bard and/or Covidien was implanted in Plaintiff.

5.

Plaintiff is seeking damages in excess of $75,000.00. Subject matter jurisdiction is proper pursuant to 28 U.S.C. § 1332.

6.

Bard Urological, the division of Defendant C. R. Bard, Inc. that designed, manufactured, marketed, packaged, labeled and sold the products at issue in this lawsuit, is located in the Northern District of Georgia in Covington, Georgia.

7.

Bard has significant contacts with the Northern District of Georgia such that it is subject to personal jurisdiction within said district.

8.

A substantial part of the events and omissions giving rise to Plaintiff's causes of action occurred in the Northern District of Georgia.

9.

Pursuant to 28 U.S.C. § 1391(a), venue is proper in the Northern District of Georgia.

FACTUAL BACKGROUND

10.

At all times relevant herein, Bard was engaged in the business of designing, manufacturing, marketing, packaging, labeling and selling medical devices, including its Avaulta Anterior and Posterior BioSynthetic Support Systems, specifically placing said products into the stream of commerce.

11.

At all times relevant herein, Covidien was engaged in the business of designing, manufacturing, marketing, packaging, labeling and selling medical devices, including its Ugytex polypropylene mesh, a component of the Avaulta BioSynthetic Support Systems (Ugytex and the Avaulta Anterior and Posterior

3

BioSynthetic Support Systems are hereinafter collectively referred to as the "Products"), specifically placing said products into the stream of commerce.

12.

Dr. Boyd implanted the Products in Plaintiff Brenda Sheets during surgeries at Frye Regional Medical Center in Hickory, North Carolina.

13.

Dr. Boyd implanted the Products in Plaintiff Brenda Sheets to treat her pelvic organ prolapse, the use for which Bard and/or Covidien (sometimes collectively referred to herein as "Defendants") marketed the Products.

14.

As a result of having the Products implanted in her, Plaintiff Brenda Sheets has experienced significant mental and physical pain and suffering, has sustained permanent injury, permanent and substantial physical deformity, and loss of a bodily organ system and has undergone or will undergo corrective surgery or surgeries.

COUNT I: NEGLIGENCE

15.

Plaintiff incorporates by reference paragraphs 1-14 of the Complaint as if fully set forth herein.

16.

Bard and/or Covidien had a duty to individuals, including Plaintiff, to use reasonable care in designing, manufacturing, marketing, labeling, packaging and selling the Products.

17.

Bard and/or Covidien was negligent in failing to use reasonable care in designing, manufacturing, marketing, labeling, packaging and selling the Products.

18.

As a direct and proximate result of Bard and/or Covidien's negligence, Plaintiff was caused and/or in the future will be caused to suffer severe personal injuries, pain and suffering, severe emotional distress, financial or economic loss, including but not limited to obligations for medical services and expenses, present and future lost wages, and other damages.

## COUNT II: STRICT LIABILITY – DESIGN DEFECT

19.

Plaintiff incorporates by reference paragraphs 1–14 of the Complaint as if fully set forth herein.

20.

The Products implanted in Plaintiff Brenda Sheets were not reasonably safe for their intended use and were defective as a matter of law with respect to their design.

21.

As a direct and proximate result of the Products'
aforementioned defects, Plaintiff Brenda Sheets was caused
and/or in the future will be caused to suffer severe personal
injuries, pain and suffering, severe emotional distress,
financial or economic loss, including but not limited to
obligations for medical services and expenses, present and
future lost wages, and other damages.

22.

Bard and/or Covidien is strictly liable to Plaintiff for
designing, manufacturing, marketing, labeling, packaging and
selling a defective product.

COUNT III: STRICT LIABILITY – MANUFACTURING DEFECT

23.

Plaintiff incorporates by reference paragraphs 1-14 of the
Complaint as if fully set forth herein.

24.

The Products implanted in Plaintiff Brenda Sheets were not
reasonably safe for their intended use and were defective as a
matter of law with respect to their manufacture.

25.

As a direct and proximate result of the Products'
aforementioned defects, Plaintiff Brenda Sheets was caused
and/or in the future will be caused to suffer severe personal

injuries, pain and suffering, severe emotional distress,
financial or economic loss, including but not limited to
obligations for medical services and expenses, present and
future lost wages, and other damages.

26.

Bard and/or Covidien is strictly liable to Plaintiff for
designing, manufacturing, marketing, labeling, packaging and
selling a defective product.

COUNT IV: STRICT LIABILITY - FAILURE TO WARN

27.

Plaintiff incorporates by reference paragraphs 1-14 of the
Complaint as if fully set forth herein.

28.

The Products implanted in Plaintiff Brenda Sheets were not
reasonably safe for their intended use and were defective as a
matter of law due to their lack of appropriate and necessary
warnings.

29.

As a direct and proximate result of the Products'
aforementioned defects, Plaintiff Brenda Sheets was caused
and/or in the future will be caused to suffer severe personal
injuries, pain and suffering, severe emotional distress,
financial or economic loss, including but not limited to

obligations for medical services and expenses, present and future lost wages, and other damages.

30.

Bard and/or Covidien is strictly liable to Plaintiff Brenda Sheets for designing, manufacturing, marketing, labeling, packaging and selling a defective product.

COUNT V: BREACH OF EXPRESS WARRANTY

31.

Plaintiff incorporates by reference paragraphs 1-14 of this Complaint as if fully set forth herein.

32.

Bard and/or Covidien made assurances to the general public, hospitals and health care professionals that the Products were safe and reasonably fit for their intended purpose.

33.

Plaintiff Brenda Sheets and/or her health care providers chose the Products based upon Bard and/or Covidien's warranties and representations regarding the safety and fitness of the Products.

34.

Plaintiff, individually and/or by and through her physician, reasonably relied upon Bard and/or Covidien's express warranties and guarantees that the Products were safe, merchantable, and reasonably fit for their intended purpose.

35.

Bard and/or Covidien breached these express warranties because the Products implanted in Plaintiff were unreasonably dangerous and defective and not as Bard and/or Covidien had represented.

36.

Bard and/or Covidien's breach of its express warranties resulted in the implantation of unreasonably dangerous and defective products in Plaintiff Brenda Sheets' body, placing Plaintiff's health and safety in jeopardy.

37.

As a direct and proximate result of Bard and/or Covidien's breaches of the aforementioned express warranties, Plaintiff was caused and/or in the future will be caused to suffer severe personal injuries, pain and suffering, severe emotional distress, financial or economic loss, including but not limited to obligations for medical services and expenses, present and future lost wages, and other damages.

<u>COUNT VI: BREACH OF IMPLIED WARRANTY</u>

38.

Plaintiff incorporates by reference paragraphs 1-14 of this Complaint as if fully set forth herein.

39.

Bard and/or Covidien impliedly warranted that the Products

were merchantable and were fit for the ordinary purposes for which they were intended.

40.

When the Products were implanted in Plaintiff Brenda Sheets to treat her pelvic organ prolapse, they were being used for the ordinary purposes for which they were intended.

41.

Plaintiff, individually and/or by and through her physician, relied upon Bard and/or Covidien's implied warranty of merchantability in consenting to have the Products implanted in her.

42.

Bard and/or Covidien breached these implied warranties of merchantability because the Products implanted in Plaintiff were neither merchantable nor suited for the intended uses as warranted.

43.

Bard and/or Covidien's breach of their implied warranties resulted in the implantation of unreasonably dangerous and defective products in Plaintiff's body, placing Plaintiff's health and safety in jeopardy.

44.

As a direct and proximate result of Bard and/or Covidien's breaches of the aforementioned implied warranties, Plaintiff was

caused and/or in the future will be caused to suffer severe personal injuries, pain and suffering, severe emotional distress, financial or economic loss, including but not limited to obligations for medical services and expenses, present and future lost wages, and other damages.

## COUNT VII: PUNITIVE DAMAGES

### 45.

Plaintiff incorporates by reference paragraphs 1-44 of this Complaint as if fully set forth herein.

### 46.

Defendants knew or should have known that the Products were defective and presented unreasonable risks of harm to Plaintiff.

### 47.

Bard and/or Covidien's conduct in designing, manufacturing, marketing, labeling, packaging and selling the unreasonably safe and defective Products amounted to willful, wanton, and/or reckless conduct and/or indifference to civil obligations affecting the rights of others.

### 48.

Plaintiff is therefore entitled to an award of punitive damages.

## AD DAMNUM

As a proximate cause of the negligent, reckless, criminal and/or intentional conduct of Defendants, Plaintiff sustained

personal injuries and damages thereby justifying an award of general damages, special damages and punitive damages as may be afforded under the law.

WHEREFORE, Plaintiff demands trial by jury, judgment against Defendants, jointly and severally, for compensatory and punitive damages in an amount exceeding $75,000, as well as costs, attorney fees, interest, or any other relief, monetary or equitable, to which they are entitled.

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
Attorneys for Plaintiffs

/s/ Leanna B. Pittard
Gary B. Blasingame
Georgia Bar No. 062900
Henry G. Garrard, III
Georgia Bar No. 286300
Andrew J. Hill, III
Georgia Bar No. 353300
Josh B. Wages
Georgia Bar No. 730098
Adam B. Land
Georgia Bar No. 075641
Leanna B. Pittard
Georgia Bar No. 344031

440 College Avenue
P.O. Box 832
Athens, Georgia 30603
706-354-4000

## JURY TRIAL DEMAND

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury of all issues triable of right by jury at the time of the trial of the within action.

/s/ Leanna B. Pittard
Gary B. Blasingame
Georgia Bar No. 062900
Henry G. Garrard, III
Georgia Bar No. 286300
Andrew J. Hill, III
Georgia Bar No. 353300
Josh B. Wages
Georgia Bar No. 730098
Adam B. Land
Georgia Bar No. 075641
Leanna B. Pittard
Georgia Bar No. 344031

440 College Avenue
P.O. Box 832
Athens, Georgia 30603
706-354-4000