**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES IN THE EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the Plaintiffs and C.R. Bard, Inc. ("Bard") have agreed to a settlement model with regard to Bard. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and Bard may submit an agreed order of dismissal with prejudice on or before March 31, 2018; if settlements are not finalized and dismissal orders are not submitted by March 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket..

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2187 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4524, and send a copy of this Order to counsel of record and any represented party.



JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – The Mostyn Law Firm**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01333 | Linda Jude, et al. v. C. R. Bard, Inc. |
| 2:12-cv-02725 | Yvonne Moore, et al. v. C. R. Bard, Inc. |
| 2:12-cv-06841 | Donna Chrastecky, et al. v. C. R. Bard, Inc. |
| 2:12-cv-09632 | Alice Skinner v. C. R. Bard, Inc. |
| 2:13-cv-03291 | Gina Sciulla, et al. v. C. R. Bard, Inc. |
| 2:13-cv-04544 | Jennifer Hiebenthal v. C. R. Bard, Inc. |
| 2:13-cv-04594 | Cynthia Parrotte v. C. R. Bard, Inc. |
| 2:13-cv-06629 | Lisa Nicholson, et al. v. C. R. Bard, Inc. |
| 2:13-cv-08256 | Jennifer Crase, et al. v. C. R. Bard, Inc. |
| 2:13-cv-14745 | Berta McClinock, et al. v. C. R. Bard, Inc. |
| 2:13-cv-18752 | Diane Spencer v. C. R. Bard, Inc. |
| 2:13-cv-19644 | Heidi Morris-Cripps v. C. R. Bard, Inc. |
| 2:13-cv-19711 | Barbara Eaken v. C. R. Bard, Inc. |
| 2:13-cv-29861 | Francisca Escamilla, et al. v. C. R. Bard, Inc. |
| 2:13-cv-30814 | Sandy Hannig, et al. v. C. R. Bard, Inc. |
| 2:13-cv-30975 | Lois Alexander, et al. v. C. R. Bard, Inc. |
| 2:13-cv-30998 | Cheryl Cassada v. C. R. Bard, Inc. |
| 2:13-cv-31106 | Lisa Price, et al. v. C. R. Bard, Inc. |
| 2:13-cv-31141 | Cheryl Zurinsky v. C. R. Bard, Inc. |
| 2:13-cv-33474 | Jonette Armintrout v. C. R. Bard, Inc. |
| 2:13-cv-33518 | Virginia Brezarich v. C. R. Bard, Inc. |
| 2:13-cv-33524 | Barbara Brown v. C. R. Bard, Inc. |
| 2:13-cv-33582 | Sandra Feaster, et al. v. C. R. Bard, Inc. |
| 2:13-cv-33590 | Tina Garcia, et al. v. C. R. Bard, Inc. |
| 2:13-cv-33618 | Janet Hirschhorn v. C. R. Bard, Inc. |
| 2:13-cv-33628 | Joyce Hunt, et al. v. C. R. Bard, Inc. |
| 2:13-cv-33757 | Jodi Mealor v. C. R. Bard, Inc. |
| 2:13-cv-33764 | April Midkiff v. C. R. Bard, Inc. |
| 2:13-cv-33816 | Janis Murray, et al. v. C. R. Bard, Inc. |
| 2:13-cv-33832 | Tina Orbaker v. C. R. Bard, Inc. |
| 2:13-cv-33986 | Nola Tervelt, et al. v. C. R. Bard, Inc. |
| 2:13-cv-34026 | Mary Wyatt v. C. R. Bard, Inc. |
| 2:13-cv-34034 | Minnie Miller v. C. R. Bard, Inc. |
| 2:13-cv-34036 | Lora Wilder v. C. R. Bard, Inc. |
| 2:13-cv-34037 | Kimberly Wilhelm v. C. R. Bard, Inc. |

| **CIVIL ACTION NUMBER (listed numerically in ascending order)** | **CASE NAME** |
|---|---|
| 2:14-cv-05944 | Carolyn Mendez v. C. R. Bard, Inc. |
| 2:14-cv-06189 | Carrie Hammond v. C. R. Bard, Inc. |
| 2:14-cv-11094 | Joan Heidenreiter v. C. R. Bard, Inc. |
| 2:14-cv-11361 | Tina Martinez v. C. R. Bard, Inc. |
| 2:14-cv-11363 | Rita McCarthey v. C. R. Bard, Inc. |
| 2:14-cv-11891 | Donna Beneke, et al. v. C. R. Bard, Inc. |
| 2:14-cv-11906 | Sheryl Heathcock, et al. v. C. R. Bard, Inc. |
| 2:14-cv-11919 | Rachael Linder v. C. R. Bard, Inc. |
| 2:14-cv-12030 | Laura Hitchcock, et al. v. C. R. Bard, Inc. |
| 2:14-cv-12152 | Linda Tieman v. C. R. Bard, Inc. |
| 2:14-cv-12283 | Lynn Dressler, et al. v. C. R. Bard, Inc. |
| ~~2:14-cv-12286~~ | ~~Madeline Fatteross, et al. v. C. R. Bard, Inc.~~ |
| 2:14-cv-12373 | Mary Scanlon v. C. R. Bard, Inc. |
| 2:14-cv-12426 | Deborah Bilbrey, et al. v. C. R. Bard, Inc. |
| 2:14-cv-12450 | Elizabeth Longoria v. C. R. Bard, Inc. |
| 2:14-cv-12470 | Maria Marshall v. C. R. Bard, Inc. |
| 2:14-cv-12481 | Melissa Rood, et al. v. C. R. Bard, Inc. |
| 2:14-cv-12515 | Thelma Barber v. C. R. Bard, Inc. |
| 2:14-cv-12526 | Jolynn Gagel v. C. R. Bard, Inc. |
| 2:14-cv-12532 | Gloria Grillo v. C. R. Bard, Inc. |
| 2:14-cv-12673 | Gloria Turonek, et al. v. C. R. Bard, Inc. |
| 2:14-cv-12759 | Janice Harris, et al. v. C. R. Bard, Inc. |
| 2:14-cv-12951 | Janet Baasch v. C. R. Bard, Inc. |
| 2:14-cv-13251 | Joyce Nelson v. C. R. Bard, Inc. |
| 2:14-cv-13261 | Glenda Smith v. C. R. Bard, Inc. |
| 2:14-cv-13444 | Linda Mullen v. C. R. Bard, Inc. |
| 2:14-cv-13682 | Sharon Mings, et al. v. C. R. Bard, Inc. |
| 2:14-cv-13817 | Emma Gutierrez v. C. R. Bard, Inc. |
| 2:14-cv-13922 | Estrellita Cortez, et al. v. C. R. Bard, Inc. |
| 2:14-cv-13934 | Irma Esquivel v. C. R. Bard, Inc. |
| 2:14-cv-13988 | Jacqueline Mull, et al. v. C. R. Bard, Inc. |
| 2:14-cv-14021 | Shelly Sitlinger v. C. R. Bard, Inc. |
| 2:14-cv-18139 | Cynthia Bailey, et al. v. C. R. Bard, Inc. |
| 2:14-cv-18151 | Mary Miller v. C. R. Bard, Inc. |
| 2:14-cv-18154 | Jill Peacock v. C. R. Bard, Inc. |
| 2:14-cv-22823 | Vikki Carnley, et al. v. C. R. Bard, Inc. |

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-22836 | Nichelle Coles, et al. v. C. R. Bard, Inc. |
| 2:14-cv-22863 | Donna Danzis v. C. R. Bard, Inc. |
| 2:14-cv-22900 | Gentle Hinklin, et al. v. C. R. Bard, Inc. |
| 2:14-cv-22961 | Mildred Musgrove v. C. R. Bard, Inc. |
| 2:14-cv-22966 | Linnie Rajk v. C. R. Bard, Inc. |
| 2:14-cv-22970 | Kaylee Ross v. C. R. Bard, Inc. |
| 2:14-cv-22971 | Celia Ruiz-Bernal, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23047 | Lorna Dunlap, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23267 | Robin Armijo, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23275 | Cynthia Carter v. C. R. Bard, Inc. |
| 2:14-cv-23282 | Lori Garcia v. C. R. Bard, Inc. |
| 2:14-cv-23284 | Nancy Hersh v. C. R. Bard, Inc. |
| 2:14-cv-23286 | Janis Gollam v. C. R. Bard, Inc. |
| 2:14-cv-23288 | Marie Barzousky, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23289 | Billie Blodgett v. C. R. Bard, Inc. |
| 2:14-cv-23290 | Tasoula Czernienko v. C. R. Bard, Inc. |
| 2:14-cv-23292 | Celementina Norgah v. C. R. Bard, Inc. |
| 2:14-cv-23296 | Keffer Keomany, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23298 | Beth Zielicke, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23301 | Renee Stewart v. C. R. Bard, Inc. |
| 2:14-cv-23312 | Christina Neal, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23322 | Judy Price v. C. R. Bard, Inc. |
| 2:14-cv-23328 | Clara Cox v. C. R. Bard, Inc. |
| 2:14-cv-23329 | Evons Banks v. C. R. Bard, Inc. |
| 2:14-cv-23333 | CJ Dewitt v. C. R. Bard, Inc. |
| 2:14-cv-23336 | Susan Foushee v. C. R. Bard, Inc. |
| 2:14-cv-23337 | Mildred Cowick, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23339 | Judy Ray v. C. R. Bard, Inc. |
| 2:14-cv-23342 | Lois Berry v. C. R. Bard, Inc. |
| 2:14-cv-23345 | Ruby Penn v. C. R. Bard, Inc. |
| 2:14-cv-23351 | Teresa Brink v. C. R. Bard, Inc. |
| 2:14-cv-23385 | Marsha Williams v. C. R. Bard, Inc. |
| 2:14-cv-23387 | Jane Martin, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23388 | Mary Scribner, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23391 | Paige Doane, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23392 | Mayra Rivera, et al. v. C. R. Bard, Inc. |

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-23395 | Cheryl Peacock, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23396 | Lisa Rogers, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23399 | Kimberly Powell, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23405 | Tessie Wallace v. C. R. Bard, Inc. |
| 2:14-cv-23413 | Dawn Smith v. C. R. Bard, Inc. |
| 2:14-cv-23414 | Mary Jansson v. C. R. Bard, Inc. |
| 2:14-cv-23416 | Helen Benjamin v. C. R. Bard, Inc. |
| 2:14-cv-23418 | Karen Raia, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23421 | Denna Rucker v. C. R. Bard, Inc. |
| 2:14-cv-23423 | Deborah Hastings v. C. R. Bard, Inc. |
| 2:14-cv-23425 | Mary Smith, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23434 | Blanche Stone v. C. R. Bard, Inc. |
| 2:14-cv-23435 | Tammy Bryant, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23436 | Diane Upchurch v. C. R. Bard, Inc. |
| 2:14-cv-23437 | Deborah Petrovich v. C. R. Bard, Inc. |
| 2:14-cv-23440 | Bennita Merrell v. C. R. Bard, Inc. |
| 2:14-cv-23441 | Barbara Ellis-Delmas, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23442 | Grace Day v. C. R. Bard, Inc. |
| 2:14-cv-23591 | Sharon Becks v. C. R. Bard, Inc. |
| 2:14-cv-23603 | Kelly Brooks, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23638 | Ninfa Hinojosa, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23649 | Suzanne Denbo v. C. R. Bard, Inc. |
| 2:14-cv-23689 | Harriette Burke, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23697 | Diane Heythaler v. C. R. Bard, Inc. |
| 2:14-cv-23699 | Carol Meisch, et al. v. C. R. Bard, Inc. |
| 2:14-cv-23700 | Tracy Scow, et al. v. C. R. Bard, Inc. |
| 2:14-cv-29690 | Bobbie Dotson v. C. R. Bard, Inc. |
| 2:14-cv-29730 | Carol Nelson v. C. R. Bard, Inc. |
| 2:14-cv-29781 | Beverly Earhart, et al. v. C. R. Bard, Inc. |
| 2:14-cv-29786 | Jessica Lamoreaux v. C. R. Bard, Inc. |
| 2:14-cv-29793 | Linda LePage, et al. v. C. R. Bard, Inc. |
| 2:14-cv-29808 | Elaine Casstevens, et al. v. C. R. Bard, Inc. |
| 2:14-cv-29833 | Angela Pearson, et al. v. C. R. Bard, Inc. |
| 2:14-cv-29856 | Bertha Hart v. C. R. Bard, Inc. |
| 2:14-cv-29888 | Jennifer Marshall, et al. v. C. R. Bard, Inc. |
| 2:14-cv-29918 | Sharon Brooks, et al. v. C. R. Bard, Inc. |

| **CIVIL ACTION NUMBER (listed numerically in ascending order)** | **CASE NAME** |
|---|---|
| 2:14-cv-29929 | Sheila Brazeal v. C. R. Bard, Inc. |
| 2:14-cv-29930 | Elva Martinez v. C. R. Bard, Inc. |
| 2:14-cv-29980 | Louretha Rosemond v. C. R. Bard, Inc. |
| 2:14-cv-29991 | Ashley Robbins, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30039 | Sandra Nolden, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30046 | Sharon Ouellette, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30055 | Shawnda Rector v. C. R. Bard, Inc. |
| 2:14-cv-30193 | Patricia Bousquette, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30199 | Cynthia Lytle, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30226 | Patsy Caskey, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30239 | Rebecca Mace, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30246 | Steffanie Hoggard, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30303 | Tracy Cullum, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30309 | Marjorie Carrico, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30355 | Martha Slack, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30377 | Cynthia Rutledge, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30382 | Alma Morgan, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30457 | Donna Kuhlow, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30488 | Diana Davis, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30497 | Kimberly Boge, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30504 | Linda Carter, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30526 | Stacy Cox v. C. R. Bard, Inc. |
| 2:14-cv-30532 | Lilli Dotson v. C. R. Bard, Inc. |
| 2:14-cv-30545 | Mattie Smith v. C. R. Bard, Inc. |
| 2:14-cv-30561 | Kelly Allison v. C. R. Bard, Inc. |
| 2:14-cv-30591 | Joyce Spiker v. C. R. Bard, Inc. |
| 2:14-cv-30619 | Janet Mountford, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30717 | Wendy Moser v. C. R. Bard, Inc. |
| 2:14-cv-30725 | Linda Mooney v. C. R. Bard, Inc. |
| 2:14-cv-30812 | Serinthia Griffin v. C. R. Bard, Inc. |
| 2:14-cv-30829 | Yvonne Smith, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30833 | Barbara Walker, et al. v. C. R. Bard, Inc. |
| 2:14-cv-30963 | Zoraida Rosa, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31151 | Jaclyn Hayes v. C. R. Bard, Inc. |
| 2:14-cv-31161 | Lisa Porter, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31173 | Fredia Roy v. C. R. Bard, Inc. |

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-31210 | Sharon Southern, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31214 | Katherine Stone v. C. R. Bard, Inc. |
| 2:14-cv-31225 | Deborah Thomas v. C. R. Bard, Inc. |
| 2:14-cv-31234 | Mirna Velasquez-Maciel, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31248 | Virginia McGovern v. C. R. Bard, Inc. |
| 2:14-cv-31263 | Jeanette McNiff v. C. R. Bard, Inc. |
| 2:14-cv-31289 | Bonnie Corsi, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31291 | Rosie Swofford v. C. R. Bard, Inc. |
| 2:14-cv-31341 | Jeanne Collette, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31349 | Mary Maldonado v. C. R. Bard, Inc. |
| 2:14-cv-31357 | Ann Fontana, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31424 | Dolores Yarbrough v. C. R. Bard, Inc. |
| 2:14-cv-31443 | Sarah Stevens v. C. R. Bard, Inc. |
| 2:14-cv-31450 | Cynthia Fagin, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31458 | Rebecca Oxendine, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31459 | Melinda Lesher v. C. R. Bard, Inc. |
| 2:14-cv-31464 | Judy Guardia, et al. v. C. R. Bard, Inc. |
| 2:14-cv-31486 | Patricia Brown, et al. v. C. R. Bard, Inc. |
| 2:15-cv-00727 | Ann Hardy, et al. v. C. R. Bard, Inc. |
| 2:15-cv-07939 | Shelly Cole, et al. v. C. R. Bard, Inc. |